AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

LAWRENCE MOORE,

           Plaintiff,

v.

SCHMITT ELECTRIC, INC.; DAVID SEAL; DEREK SCHOFFEN; RICH PARKS; STEVEN RAY; WES STEVENS; LOCAL UNION 191; DAVE HOWSON; and MIKE BAIRD,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-0054-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendants are awarded judgment against the Plaintiff in the amount of $10,000.00 for reasonable attorney fees incurred in this matter, pursuant to the Order Granting Motion for Sanctions filed on January 15, 2008, Ct. Rec. 35.

| | |
|---|---|
| January 15, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |